UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF NEW YORK
_____X

ANTHONY PAPAPIETRO,

                                        Plaintiff,                  **COMPLAINT**

-against-

TIP TOP CAPITAL and MIKE WILSON,

                                        Defendants.
_____X

**PLEASE TAKE NOTICE,** that upon the annexed Affirmation of ANTHONY PAPAPIETRO, as and for its Complaint against TIP TOP CAPITAL, pleads as follows:

### *JURISDICTION AND VENUE*

1. ANTHONY PAPAPIETRO, the Plaintiff herein, resides in the State of New York, County of Richmond, address being 48 Orange Avenue, Staten Island, New York 10302.

2. MIKE WILSON, Officer or Manager of TIP TOP CAPITAL, 40 Exchange Pl., New York, New York 10038, at all times material to this Complaint, acting alone or in concert with others, has formulated, directed, controlled, had the authority to control, or participated in the acts and practices set forth in this Complaint.

2. TIP TOP CAPITAL, was and is an investment service and merchant cash advance provider, located at 40 Exchange Pl., New York, New York 10038.

### *PRELIMINARY STATEMENT*

3. On or about January 8, 2024, an individual representing himself as MIKE WILSON a broker of TIP TOP CAPITAL, (hereinafter "TIP TOP"), contacted Plaintiff, ANTHONY

PAPAPIETRO, with a view towards lending him "working capital" from their merchant cash advance company.

4.  Defendant, TIP TOP, ultimately put Plaintiff in touch with World Business Lenders, with whom Plaintiff did obtain a loan.

5.  On or about January 17, 2024, Defendant, TIP TOP, illegally obtained Plaintiff's bank account information and made an unauthorized withdrawal in the amount of $47,000. I*See, Exhibit "A", Plaintiff's Empire State Bank Statement ending January 31, 2024.*

6.  Plaintiff, ANTHONY PAPAPIETRO, became aware of this unauthorized withdrawal on or about January 31, 2024, and contacted Defendant, TIP TOP, wherein Defendant refused to return the $47,000 unauthorized withdrawal from Plaintiff's Empire State bank account.

## *LEGAL ARGUMENT*

7.  Defendant, TIP TOP, violated 18 U.S.C. §1028A, by knowingly transferred, possessed, used without lawful authority, a means of identification of another person, Plaintiff, ANTHONY PAPAPIETRO'S.  Pursuant to the Federal Trade Commission Act, unfair and deceptive practices by making the $47,000 unauthorized withdrawal.

8.  Defendant, TIP TOP, violated 15 U.S.C. § 1681q, by obtaining financial information of a consumer under false pretenses.

## *DAMAGES*

9.  Plaintiff, respectfully requests damages in the amount of $47,000.

**WHEREFORE,** Plaintiff respectfully requests that this Complaint be granted in its entirety and for such other and further relief as this Court deems just and proper.

Dated: Staten Island, New York
February 2, 2024

Yours, etc.,

_____
*ANTHONY PAPAPIETRO*
Plaintiff
48 Orange Avenue
Staten Island, New York 10302
(718) 448-3971

TO:

TIP TOP CAPITAL
Defendant
40 Exchange Pl.
New York, New York 10038

*EXHIBIT A*



**2212 Hylan Boulevard**
**Staten Island, NY 10306**

**RETURN SERVICE REQUESTED**

ROCCO'S LANDSCAPING AND CONCRETE
48 ORANGE AVE
STATEN ISLAND NY 10302-2038

## Managing Your Accounts

| | | |
|---|---|---|
| ✉ | Email | ESBcustomerservice@esbna.com |
| 🎧 | Speak with a Team Member | (866) 646-0003 |
| 🏛 | Locations | www.esbna.com/Locations-Hours |

## Summary of Accounts

**A New Look for your Monthly Statement!**
We are bringing a fresh new look to your monthly statement. Whether you choose paper or e-statements, we hope you'll find your new statement convenient and easy to use. We appreciate you choosing Empire State Bank for your financial needs and look forward to serving you for many years to come.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| FREE SMALL BUSINESS CHECKING | ▇▇▇▇▇7706 | |

## FREE SMALL BUSINESS CHECKING- ▇▇▇▇▇7706

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/30/2023 | Beginning Balance | $0.00 |
| | 21 Credit(s) This Period | $286,545.56 |
| | 123 Debit(s) This Period | $235,464.65 |
| 01/31/2024 | Ending Balance | $51,080.91 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/30/2023 | Beginning Balance | | | $0.00 |





**Statement Ending 01/31/2024**

ROCCO'S LANDSCAPING AND  
Account Number: ▇▇▇▇▇▇▇7706

Page 2 of 10

**In Case of Errors or Questions about your Electronic Transfer**

Write us at the address on the front of this statement as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you have use of the money during the time it takes us to complete our investigation.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the address shown on your bill as soon as possible. In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

You can easily
**BALANCE YOUR ACCOUNT**
BY DOING THESE THINGS
Fill in Below Amounts from Your STATEMENT and CHECKBOOK

| Balance shown on YOUR STATEMENT .... $ _____ | Balance shown in Your Check Book .. $ _____ |
|---|---|
| Add Deposits Not on Statement ...... $ _____ | Add any Deposits not Already Entered in Check Book ......... $ _____ |
| Sub - Total .......... $ _____ | |

| CHECK No. | Subtract Checks issued But Not on Statement $ _____ | |
|---|---|---|
| | | Sub - Total .......... $ _____ |
| | | Add Interest Paid ......... $ _____ |
| | | Subtract Service Charges and other Bank Charges Not in Check Book $ _____ |

| Total .......... $ _____ | Total .......... $ _____ |
|---|---|
| BALANCE .......... $ _____ | BALANCE .......... $ _____ |

**EMPIRE STATE BANK**

**Statement Ending 01/31/2024**

ROCCO'S LANDSCAPING AND
Account Number: █████████ 7706
Page 3 of 10

## FREE SMALL BUSINESS CHECKING—███████████ 7706 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/17/2024 | TIP TOP CAPITAL ACHPAYMENT W002 | $47,000.00 | | $101,110.78 |

**EMPIRE STATE BANK**

**Statement Ending 01/31/2024**

ROCCO'S LANDSCAPING AND
Account Number: ███████7706

Page 4 of 10

## FREE SMALL BUSINESS CHECKING—████████████7706 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| ███ | ██████████ | ███ | | ███ |
| ███ | ██████████ | ███ | | ███ |
| ███ | ██████ | ███ | | ███ |
| ███ | ████████ | ███ | ███ | ███ |
| ███ | █████ | ███ | | ███ |
| ███ | ████████████ | ███ | | ███ |
| ███ | ██████████ | ███ | | ███ |
| ███ | ████████████████ | ███ | ███ | ███ |
| ███ | ████████████████████ | ███ | | ███ |
| ███ | ██████████████████ | ███ | | ███ |
| ███ | ████████████ | ███ | | ███ |
| ███ | ████████████ | ███ | | ███ |
| ███ | ████████ | ███ | | ███ |
| ███ | ████████████ | ███ | | ███ |
| ███ | ██████████████ | ███ | | ███ |
| ███ | ████████ | ███ | | ███ |
| ███ | ██████████████ | ███ | | ███ |
| ███ | ████████████████ | ███ | | ███ |
| ███ | ██████████████ | ███ | | ███ |
| ███ | ████████████ | ███ | | ███ |
| ███ | ████████████████ | ███ | | ███ |
| ███ | ████████████████ | ███ | | ███ |
| ███ | ████████████ | ███ | | ███ |
| ███ | ██████████████ | ███ | | ███ |
| ███ | ████████████████ | ███ | | ███ |
| ███ | ██████████████ | ███ | ███ | ███ |
| ███ | ██████████████ | ███ | | ███ |
| ███ | ████████████████ | ███ | | ███ |
| ███ | ████████████ | ███ | | ███ |
| ███ | ████████ | ███ | ███ | ███ |
| ███ | ████████ | ███ | ███ | ███ |
| ███ | ██████████████ | | | ███ |
| ███ | ██████ | ███ | | ███ |

# FREE SMALL BUSINESS CHECKING-███████ 7706 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|

*(All transaction rows redacted)*



**Statement Ending 01/31/2024**

ROCCO'S LANDSCAPING AND
Account Number: ███████7706                  Page 6 of 10

## FREE SMALL BUSINESS CHECKING-████████████ 7706 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| ███ | ████████████████ | ███ | | ███ |
| ███ | ███████████ | | | ███ |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| | | ███ | | | |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

**EMPIRE STATE BANK**

**Statement Ending 01/31/2024**
ROCCO'S LANDSCAPING AND
Account Number: 7706
Page 7 of 10



#0000   01/11/2024   $381.06

#0000   01/11/2024   $381.06



#0000   01/11/2024   $5,000.00



#0000   01/11/2024   $5,000.00



#0000   01/16/2024   $2,000.00



#0000   01/16/2024   $2,000.00



#0000   01/16/2024   $2,500.00



#0000   01/16/2024   $2,500.00



#0000   01/18/2024   $1,500.00



#0000   01/18/2024   $1,500.00



#0000   01/19/2024   $7,000.00



#0000   01/19/2024   $7,000.00

**EMPIRE STATE BANK**

**Statement Ending 01/31/2024**

ROCCO'S LANDSCAPING AND  
Account Number: 00000000210007706

Page 8 of 10



#0000   01/22/2024   $1,500.00



#0000   01/22/2024   $1,500.00



#0000   01/24/2024   $1,000.00



#0000   01/24/2024   $1,000.00



#0000   01/26/2024   $7,000.00



#0000   01/26/2024   $7,000.00



#0000   01/29/2024   $1,500.00



#0000   01/29/2024   $1,500.00



#1002   01/19/2024   $1,167.78



#1002   01/19/2024   $1,167.78



#1003   01/18/2024   $5,581.00



#1003   01/18/2024   $5,581.00

**EMPIRE STATE BANK**

**Statement Ending 01/31/2024**

ROCCO'S LANDSCAPING AND  
Account Number: 00000000210007706  
Page 9 of 10


#1004    01/17/2024    $2,000.00


#1004    01/17/2024    $2,000.00


#1005    01/18/2024    $1,000.00


#1005    01/18/2024    $1,000.00


#1012    01/23/2024    $500.00


#1012    01/23/2024    $500.00


#1014    01/26/2024    $2,900.54


#1014    01/26/2024    $2,900.54


#1015    01/23/2024    $457.27


#1015    01/23/2024    $457.27


#1017    01/25/2024    $2,000.00


#1017    01/25/2024    $2,000.00

**EMPIRE STATE BANK**

**_Statement Ending 01/31/2024_**

*ROCCO'S LANDSCAPING AND*      *Page 10 of 10*
*Account Number: 00000000210007706*

THIS PAGE LEFT INTENTIONALLY BLANK



**Important Customer Notice – Change in Fees and Charges**

We value your relationship and are committed to keeping you informed of the changes that affect you. As of October 01, 2023, we will increase the following fees and charges to reflect the following:

- Safe Deposit Box Drilling: $200
- Cashiers Checks: $10 each
- International Collection Item: $50 per item plus correspondent bank charges
- Telephone transfer (by ESB personnel): $10 per transfer

**As always, our team is here to help:**

Our Empire State Bank team is eager to help you with any questions you have. Please contact your local banking center. For a complete list of Empire State Bank locations, *visit www.esbna.com/locations-hours.*

As always, thank you again for banking with Empire State Bank,





Member FDIC

THIS PAGE LEFT INTENTIONALLY BLANK