# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Anthony Papapietro ) <br> ) <br> ) <br> ) <br> _____ ) <br> *Plaintiff(s)* ) <br> v. ) <br> ) <br> Tip Top Capital; Mike Wilson ) <br> ) <br> ) <br> _____ ) <br> *Defendant(s)* ) | FILED <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. <br> ★ NOV 26 2024 ★ <br> BROOKLYN OFFICE <br><br> Civil Action No. 24-cv-01132-RPK-VMS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **Mike Wilson**                          **Tip Top Capital**
                                    Officer or Manager of Tip Top Capital      40 Exchange Pl
                                    40 Exchange Pl                             New York, NY 10038
                                    New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      Anthony Papapietro
                      48 Orange Avenue
                      Staten Island, NY 10302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date: _____02/14/2024_____      _____
                                *Signature of Clerk or Deputy Clerk*

REC'D IN PRO SE OFFICE
NOV 26 '24 AM 10:38

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-01132-RPK-VMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# U.S. District Court

# Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/4/2024 at 7:56 PM EST and filed on 11/4/2024
**Case Name:**        Papapietro v. Tip Top Capital et al
**Case Number:**      1:24-cv-01132-RPK-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER. Plaintiff has failed to comply with the Court's 8/27/2024 Service Order. Plaintiff is ordered to file paper copies of the returns of summons with the Court on or before 11/18/2024.**

**The Court will mail a copy of this Order and the 8/27/2024 Order to Plaintiff Anthony Papapietro at 48 Orange Avenue, Staten Island, New York 10302. Ordered by Magistrate Judge Vera M. Scanlon on 11/4/2024. (SKJ)**


**1:24-cv-01132-RPK-VMS Notice has been electronically mailed to:**

Anthony Papapietro     sunshinemm777@gmail.com

**1:24-cv-01132-RPK-VMS Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
Anthony Papapietro
**Defendant / Respondent:**
Tip Top Capital; Mike Wilson

**AFFIDAVIT OF SERVICE**
Index No:
24-cv-01132-RPK-VMS

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Thu, Mar 21 2024 AT 02:41 PM AT 40 Exchange Place, New York , NY 10005 deponent served the within SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBIT A on Mike Wilson, Office Manager Tip Top Capital

- [ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporate service delivery:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____ , a person authorized to accept service.
- [ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.
- [ ] **Substituted service delivery:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.
- [X] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.
- [ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____ , First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.
- [ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Unsuccessful Attempt: Mar 6, 2024, 2:55 pm EST at 40 Exchange Place, New York , NY 10005
REFUSED TO ACCEPT

2) Unsuccessful Attempt: Mar 7, 2024, 10:08 am EST at 40 Exchange Place, New York , NY 10005
SERVER CONTACTED MR WILSON WHO ADVISED THAT HE WAS EN ROUTE TO MIAMI AND WOULD CONTACT SERVER UPON HIS RETURN.

3) Successful Attempt: Mar 21, 2024, 2:41 pm EDT at 40 Exchange Place, New York , NY 10005.
A MAN INSIDE THE OFFICE SUITE WHO WAS POINTED OUT TO THE SERVER AS MICHAEL WILSON, MALE, BLACK, 5'10" TALL, 250 LBS, WEARING SUNGLASSES) REFUSED TO ACCEPT SERVICE OF THE DOCUMENTS. THE DOCUMENTS WERE THEN POSTED TO THE OFFICE DOOR.
Description:
Age: _____   Skin Color: _____   Gender: _____   Weight: _____
Height: _____   Hair: _____   Relationship: _____
Other   A MAN INSIDE THE OFFICE SUITE WHO WAS POINTED OUT TO THE SERVER AS MICHAEL WILSON, MALE, BLACK, 5'10" TALL, 250 LBS, WEARING SUNGLASSES) REFUSED TO ACCEPT SERVICE OF THE DOCUMENTS. THE DOCUMENTS WERE THEN POSTED TO THE OFFICE DOOR.

Sworn to before me on   3/22/24

Michael Gorman
1381333

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

# AFFIDAVIT OF SERVICE BY MAIL

---

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK  |  CASE NO: 24-cv-01132-RPK-VMS

Plaintiff / Petitioner: Anthony Papapietro

vs.

Defendant / Respondent: Tip Top Capital; Mike Wilson

---

I **NASIM DEHGHANI** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on **Thu, Mar 21, 2024** deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBIT A in a postage-paid sealed wrapped properly addressed to Mike Wilson, Office Manager **Tip Top Capital** at 40 Exchange Place, New York, NY 10005, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

*(check all that apply)*

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[ ] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (_____)
[ ] RETURN RECEIPT REQUESTED marked "Personal and Confidential" Receipt Number (_____)
[ ] OVERNIGHT MAILING marked "Personal and Confidential" Receipt Number (_____)

---

Sworn to me on the __3/22/24__

_[signature]_
Brian B. Ricke
**Notary Public**
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

_[signature]_
NASIM DEHGHANI

---

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

Anthony Papapietro
48 Orange Ave
Staten Island, NY 10302-2038

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 2 6 2024 ★

BROOKLYN OFFICE

United States District Court
Eastern District of NY
225 Cadman Plaza East
Brooklyn, New York 11201

NEW YORK NY 100
21 NOV 2024 PM 14 L