UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY PAPAPIETRO,

                              Plaintiff,

      -against-

TIP TOP CAPITAL and MIKE WILSON,

                          Defendants.

: Case No.  1:24-cv-01132-RPK-VMS

: **CERTIFICATE OF SERVICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and Rule VII.B.2 of this Court's individual practice rules, I hereby certify that on this 10th day of January, 2025, a copy of (i) the Individual Practice Rules of Judge Rachel P. Kovner, (ii) the Individual Practice Rules of Magistrate Judge Vera M. Scanlon, (iii) defendant Tip Top Capital Inc.'s Notice of Appearance (ECF Doc. No. 12), and (iv) defendant Tip Top Capital Inc.'s Rule 7.1 Corporate Disclosure Statement (ECF Doc. No. 13), were each mailed to *pro se* plaintiff Anthony Papapietro via the United States Postal Service, to the following address of record for plaintiff:

      48 Orange Avenue

      Staten Island, New York 10302.

DATED:     New York, New York        DNB LEGAL SERVICES PLLC
              January 10, 2025

                            By:     */s/ Daniel N. Bertaccini*
                                  Daniel N. Bertaccini, Esq.
                                  80 Broad St., 5th Floor
                                  Suite No. 0689
                                  New York, New York 10004
                                  (332) 900-4550
                                  dan@dnblegalservices.com

                                  *Attorneys for Defendant Tip Top Capital Inc.*

-1-