UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ANTHONY PAPAPIETRO,

        Plaintiff,                         JUDGMENT

    v.                                24-cv-01132-RPK-VMS

TIP TOP CAPITAL and MIKE WILSON,

        Defendants.
------------------------------------------------------------- X

        An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on June 28, 2025, granting defendants' motion to dismiss; dismissing this action without prejudice for lack of subject-matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this order would not be taken in good faith and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that defendants' motion to dismiss is granted; that this action is dismissed without prejudice for lack of subject-matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY                          Brenna B. Mahoney
       June 30, 2025                      Clerk of Court

                                  By: */s/Jalitza Poveda*
                                     Deputy Clerk